**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>EFRAIN CABADA MARTINEZ,<br>Defendant | Case No.: 2:26-cr-00003-CDS-BNW<br>**ORDER GRANTING STIPULATED MOTION TO SEAL SENTENCING EXHIBIT (ECF NO. 48-2)**<br>[ECF No. 49] |

The Court has considered the parties' Stipulated Motion to Seal Sentencing Exhibits and the materials filed as ECF No. 48-2. ECF No. 49.

The Court finds that the exhibit attachment contains personal identifiers protected by Federal Rule of Criminal Procedure 49.1, including a minor child's full name and complete date of birth and complete birth dates of adult family members. Protecting that information, particularly information identifying a minor and nonparty family members, constitutes a compelling interest supporting restriction of public access.

The Court has considered the public interest in access to sentencing materials and the availability of less restrictive alternatives, including redaction. The requested protection is limited to the existing combined exhibit attachment. The sentencing memorandum will remain publicly accessible and disclose the requested sentence, the grounds supporting that request, and the substance of Defendant's mitigation arguments. The complete exhibits will remain available to the Court for sentencing. Under these circumstances, the Court finds that sealing the existing attachment is warranted, subject to further order concerning its continued sealing or the filing of a redacted public version.

Accordingly, IT IS HEREBY ORDERED that the parties' Stipulated Motion to Seal Sentencing Exhibits **[ECF No. 49] is GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court must promptly seal ECF No. 48-2 and restrict public access to that attachment. ECF No. 48-2 will remain under seal until further order of the Court.

IT IS FURTHER ORDERED that ECF No. 48-2 will remain part of the record and accessible to the Court, authorized court personnel, and counsel of record, consistent with the Court's procedures governing sealed criminal filings.

This order applies only to ECF No. 48-2. The sentencing memorandum at ECF No. 48, the index of exhibits at ECF No. 48-1, and the certificate of service at ECF No. 48-3 will remain publicly accessible.

Dated: November 5, 2026

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE